Bar Docket No. 5417

*In re* DAVID THAD HANNA voluntary surrender of his certificate to practice law in the State of Kansas.

Opinion canceling certificate filed March 4, 1967.

*Per Curiam:* On February 13, 1967, David Thad Hanna voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, and it is BY ORDER OF THE COURT CONSIDERED AND ACCEPTED.

The Clerk of this Court is ORDERED AND DIRECTED to mark the certificate VOID and to STRIKE David Thad Hanna's name from the roll of attorneys.